UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN M. HOOPER, II and           ]
JOHN M. HOOPER, III,             ]
TRUSTEES OF THE TENNESSEE WINE   ]
& SPIRITS COMPANY INDIVIDUAL     ]
ACCOUNT RETIREMENT PLAN,         ]
                                 ]
    Plaintiffs,                  ]
                                 ]
v.                               ]   No. 3-08-01121
                                 ]   JUDGE HAYNES
                                 ]
ARCHIE ADAMS,                    ]
                                 ]
    Defendant.                   ]

O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 23) is **GRANTED**. Plaintiffs' motion for summary judgment (Docket Entry No. 28) is **DENIED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 22nd day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge