IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN M. HOOPER, II and <br> JOHN M. HOOPER, III, <br> TRUSTEES OF THE TENNESSEE WINE <br> & SPIRITS COMPANY INDIVIDUAL <br> ACCOUNT RETIREMENT PLAN, <br><br> Plaintiff, <br><br> v. <br><br> ARCHIE H. ADAMS, <br><br> Defendant. | NO. 3:08-1121 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for attorney fees and expenses (Docket Entry No 49) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 18th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge